IN THE UNITED STATES COURT OF APPEALS

FOR THE SECOND CIRCUIT

|  |  |
|---|---|
| **STATES OF CALIFORNIA, CONNECTICUT, ILLINOIS, MAINE, MICHIGAN, MINNESOTA, NEW JERSEY, NEW MEXICO, NEW YORK, NEVADA, OREGON, VERMONT, and WASHINGTON, COMMONWEALTH OF MASSACHUSETTS, THE DISTRICT OF COLUMBIA, and the CITY OF NEW YORK,**<br><br>Petitioners,<br><br>v.<br><br>**U.S. DEPARTMENT OF ENERGY and DAN BROUILLETTE, Secretary, U.S. Department of Energy,**<br><br>Respondents. | Docket No. |

**PETITION FOR REVIEW**

Pursuant to Section 336(b)(1) of the Energy Policy and Conservation Act, 42 U.S.C. § 6306(b)(1), Section 10 of the Administrative Procedure Act, 5 U.S.C. § 702, and Rule 15 of the Federal Rules of Appellate Procedure, the States of California, Connecticut, Illinois, Maine, Michigan, Minnesota, New Jersey, New Mexico, New York, Nevada, Oregon, Vermont, and Washington; the Commonwealth of Massachusetts; the District of Columbia; and the City of New York hereby petition this Court for review of a final action taken by the respondents, published at 85 Fed. Reg. 68,723 (October 30, 2020), entitled "Energy Conservation Program for Appliance Standards: Establishment of a New Product Class for Residential Dishwashers." A copy of the final rule is attached.

1

Dated:  December 29, 2020		Respectfully Submitted,

		FOR THE STATE OF CALIFORNIA

		XAVIER BECERRA
		Attorney General of California
		DAVID ZONANA
		Supervising Deputy Attorney General


		*/s/ Somerset Perry*
		SOMERSET PERRY
		JAMIE JEFFERSON
		ANTHONY AUSTIN
		Deputy Attorneys General
		Office of the Attorney General
		1515 Clay Street, 20th Floor
		Oakland, CA 94612
		Tel: (510) 879-0852
		Email: Somerset.Perry@doj.ca.gov

FOR THE STATE OF CONNECTICUT

WILLIAM TONG
Attorney General

 /s/ *William Tong*
ROBERT SNOOK
MATTHEW I. LEVINE
Assistant Attorneys General
State of Connecticut
Office of the Attorney General
P.O. Box 120, 55 Elm Street
Hartford, CT 0614-0120
Tel: (860) 808-5250
Email: Robert.Snook@ct.gov

FOR THE STATE OF MAINE

AARON M. FREY
Attorney General of Maine

 /s/ *Katherine Tierney*
KATHERINE E. TIERNEY
Assistant Attorney General
6 State House Station
Augusta, ME 04333
Tel: (207) 626-8897
Email: Katherine.Tierney@maine.gov

FOR THE STATE OF ILLINOIS

KWAME RAOUL
Attorney General

 /s/ *Gerald Karr*
GERALD KARR
Assistant Attorney General
MATTHEW J. DUNN
Chief, Environmental Enf.
Asbestos Litigation Div.
Jason E. James
Assistant Attorney General
Office of the Attorney General
69 W. Washington St., 18th Floor
Chicago, IL 60602
Tel: (312) 814-0660
Email: jjames@atg.state.il.us

FOR THE COMMONWEALTH OF MASSACHUSETTS

MAURA HEALEY
Attorney General

 /s/ *I. Andrew Goldberg*
I. ANDREW GOLDBERG
Assistant Attorney General
Environmental Protection Division
Office of the Attorney General
One Ashburton Place, 18th Floor
Boston, Massachusetts 02108
Tel: (617) 963-2429
Email: andy.goldberg@mass.gov

| FOR THE PEOPLE OF THE STATE OF MICHIGAN | FOR THE STATE OF MINNESOTA |
|---|---|
| DANA NESSEL<br>Attorney General | KEITH ELLISON<br>Attorney General |
| /s/ Elizabeth Morrisseau<br>ELIZABETH MORRISSEAU<br>Assistant Attorney General<br>Environment, Natural Resources, and Agriculture Division 6th Floor G. Mennen Williams Building<br>525 W. Ottawa Street<br>P.O. Box 30755<br>Lansing, MI 48909<br>(517) 335-7664<br>Email: MorrisseauE@michigan.gov | /s/ Peter Farrell<br>PETER FARRELL<br>Assistant Attorney General<br>445 Minnesota Street, Suite 900<br>St. Paul, Minnesota 55101-2127<br>Tel: (651) 757-1424<br>Email: peter.farrell@ag.state.mn.us |
| FOR THE STATE OF NEVADA | FOR THE STATE OF NEW JERSEY |
| AARON D. FORD<br>Attorney General | GURBIR S. GREWAL<br>Attorney General |
| /s/ Heidi Parry Stern<br>HEIDI PARRY STERN<br>Solicitor General<br>Office of the Nevada Attorney General<br>555 E. Washington Ave., Ste. 3900<br>Las Vegas, NV 89101<br>Tel: (702) 486-3594<br>Email: HStern@ag.nv.gov | /s/ Willis A. Doerr<br>WILLIS A. DOERR<br>Deputy Attorney General<br>Division of Law<br>R.J. Hughes Justice Complex<br>25 Market Street, P.O. Box 093<br>Trenton, NJ 08625<br>Tel: (609) 376-2745<br>Email: Willis.Doerr@law.njoag.gov |

| FOR THE STATE OF NEW MEXICO | FOR THE STATE OF NEW YORK |
|---|---|
| HECTOR H. BALDERAS<br>Attorney General | LETITIA JAMES<br>Attorney General |
| /s/ William G. Grantham<br>WILLIAM G. GRANTHAM<br>Assistant Attorney General<br>P.O. Drawer 1508<br>Santa Fe, NM 87504<br>(505) 717-3520<br>wgrantham@nmag.gov | MICHAEL J. MYERS<br>Senior Counsel<br><br>/s/ Lisa Kwong<br>LISA S. KWONG<br>TIMOTHY HOFFMAN<br>Assistant Attorneys General<br>Environmental Protection Bureau<br>PATRICK A. WOODS<br>Assistant Solicitor General<br>Division of Appeals & Opinions<br>The Capitol<br>Albany, NY 12224<br>Tel: (518) 776-2422<br>Email: Lisa.Kwong@ag.ny.gov<br>Email: Timothy.Hoffman@ag.ny.gov<br>Email: Patrick.Woods@ag.ny.gov |
| FOR THE STATE OF OREGON | FOR THE STATE OF VERMONT |
| ELLEN F. ROSENBLUM<br>Attorney General | THOMAS J. DONOVAN, JR.<br>Attorney General |
| PAUL A. GARRAHAN<br>Attorney-in-Charge<br><br>/s/ Steve Novick<br>STEVE NOVICK<br>Special Assistant Attorney General<br>Natural Resources Section<br>Oregon Department of Justice<br>1162 Court Street NE<br>Salem, OR 97301<br>Tel: (503) 947-4590<br>Email: Steve.Novick@doj.state.or.us | /s/ Laura B. Murphy<br>LAURA B. MURPHY<br>Assistant Attorney General<br>Office of the Attorney General<br>109 State Street<br>Montpelier, VT 05609<br>Tel: (802) 828-3186<br>Email: laura.murphy@vermont.gov |

| FOR THE STATE OF WASHINGTON | FOR THE DISTRICT OF COLUMBIA |
|---|---|
| ROBERT W. FERGUSON<br>Attorney General | KARL A. RACINE<br>Attorney General |
| /s/ Stephen Scheele<br>STEPHEN SCHEELE<br>Assistant Attorney General<br>Washington State Attorney General's Office<br>P.O. Box 40109<br>Olympia, WA 98504<br>Tel: (360) 586-6500<br>Email: Steve.Scheele@atg.wa.gov | LOREN L. ALIKHAN<br>Solicitor General<br><br>/s/ Graham E. Phillips<br>GRAHAM E. PHILLIPS<br>Assistant Attorney General<br>Office of the Solicitor General<br><br>Office of the Attorney General<br>for the District of Columbia<br>400 6th Street, NW, Suite 8100<br>Washington, D.C. 20001<br>(202) 724-6647<br>Graham.Phillips@dc.gov |

FOR THE CITY OF NEW YORK

JAMES E. JOHNSON
Corporation Counsel

 /s/ Shiva Prakash
SHIVA PRAKASH
Assistant Corporation Counsel
Environmental Law Division
New York City Law Department
100 Church Street
New York, NY 10007
Tel: (212) 356-2319
Email: shprakas@law.nyc.gov


OK2019104753
91324333.docx